**FILED**
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Tivurcio CORTEZ-Carrios, ) <br> AKA Placido Ramirez-Rios ) <br> Defendant. ) <br> ) | Mag. Case No. '08 MJ 8180 <br><br> <u>COMPLAINT FOR VIOLATION OF</u> <br><br> Title 8, U.S.C., Section 1326 <br> Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about February 27, 2008, within the Southern District of California, defendant Tivurcio CORTEZ-Carrios, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Juan C. Bribiesca
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28TH DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

1  UNITED STATES OF AMERICA
2              v.
   Tivurcio CORTEZ-Carrios
3

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, M. Flores that the Defendant, Tivurcio CORTEZ-Carrios, was found and arrested on February 27, 2008, one half mile east of the Calexico, California, West Port of Entry.

On February 26, 2008, at approximately 11:40 P.M. Agent Flores observed an individual climb over the International Boundary Fence with Mexico in to the United States. After a foot chase, Agent Flores detained the individual, who initially identified himself as Placido RAMIREZ-Rios. Agent Flores identified himself and questioned RAMIREZ, it was determined that RAMIREZ is a citizen of Mexico illegally in the United States. RAMIREZ was arrested and transported to the Calexico Border Patrol Station.

At the station record checks revealed RAMIREZ' true name is Tivurcio CORTEZ-Carrios. When asked about his true name, CORTEZ confirmed Tivurcio CORTEZ-Carrios is his true name. Further record checks revealed that CORTEZ had been removed on December 18, 2003, and has an extensive criminal history.

There is no evidence CORTEZ has neither sought and or received permission to re-enter the United States from The United States Attorney General or the Secretary of the Department of Homeland Security.

(1)