**DIANE M. REGAN**
California State Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Diane_Regan@fd.org

Attorneys for Mr. Cortez-Carrios

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                               )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>TIVURCIO CORTEZ-CARRIOS,    )<br>                                                              )<br>            Defendant.                          )<br>_____) | Case No. 08MJ8180-PCL<br><br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                           Respectfully submitted,

Dated: March 4, 2008                               */s/ Diane M. Regan*
                                                                           **DIANE M. REGAN**
                                                                           Federal Defenders of San Diego, Inc.
                                                                           Attorneys for Mr. Cortez-Carrios
                                                                           Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 4, 2008            /s/  Diane Regan
                                 **DIANE M. REGAN**
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA  92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Email: Diane_Regan@fd.org