AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08cr953 JLS |
| ~~TIVURCIO CORTEZ-CARRIOS~~<br>Placido Ramirez-Rios | CASE NUMBER: 08MJ8180 |

I, ~~TIVURCIO CORTEZ-CARRIOS~~ Placido Ramirez-Rios, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-27-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Placido Ramirez_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY