FILED

MAY 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0953-JLS |
| Plaintiff, | I N F O R M A T I O N<br>**(SUPERSEDING)** |
| v. | Title 8, U.S.C., Sec. 1325 - |
| PLACIDO RAMIREZ-RIOS T/N,<br>aka Tivurcio Cortez-Carrios, | Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about April 30, 2007, within the Southern District of California, defendant PLACIDO RAMIREZ-RIOS, aka Tivurcio Cortez-Carrios, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
5/15/08

<u>Count 2</u>

On or about February 27, 2008, within the Southern District of California, defendant PLACIDO RAMIREZ-RIOS, aka Tivurcio Cortez-Carrios, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 5/16/08

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney