AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

PLACIDO RAMIREZ-RIOS T/N
aka Tivurcio Cortez-Carrios

**FILED**
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR00953-JLS

I, Placido Ramirez-Rios, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -Illegal Entry (Felony).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on May 16, 2008, prosecution by indictment and consent that the proceeding

may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

15